**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Meria James  Bradley v. Robert F. Authur

Appellate case number:    01-15-00065-CV

Trial court case number:  2011-57020

Trial court:                      80th District Court of Harris County

   Appellant has filed a "Motion for Request for a Free Copy of the Trial Transcript and the Clerk Records." The clerk's record in this appeal was filed on March 10, 2015, but a reporter's record has not been filed and the trial court reporter has informed this Court that appellant has not requested the preparation of a reporter's record. We grant appellant's request for a copy of the clerk's record and direct the trial court clerk to send a copy of the clerk's record to appellant within 7 days of this order.

   It is so ORDERED.


Judge's signature: /s/ Jane Bland
     ☒ Acting individually  ☐ Acting for the Court


Date:  April 21, 2015